|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RODDY HORSLEY,

                Plaintiff,

     v.

WASHINGTON STATE, *et al*,

                Defendants.

Case No. C08-5434RBL-KLS

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

This matter has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Rules MJR 3 and 4, and Rule 72 of the Federal Rules of Civil Procedure. The case is before the Court on plaintiff's filing of a motion for an extension of time (Dkt. #8) to respond to the Court's order to show cause directing him to file an amended complaint seeking to cure the deficiencies noted therein in his original complaint (Dkt. #7). After reviewing plaintiff's motion and the balance of the record, the Court finds and orders as follows:

Plaintiff was given until August 23, 2008, in which to respond to the Court's order to show cause. On August 25, 2008, plaintiff filed his motion for an extension of time, stating therein that he did not believe he would be able to meet the above deadline. He requests an extra four weeks in which to respond to the order to show cause. Although plaintiff has not stated specifically why he believes he could not meet the deadline, the Court nevertheless shall grant his request.

Accordingly, plaintiff's request for a four-week extension of time (Dkt. #8) hereby is GRANTED.

ORDER
Page - 1

Plaintiff shall have until **no later than October 7, 2008**, in which to respond to the order to show cause in the manner described therein. **Plaintiff is warned, however, that failure so respond by that date may result in a recommendation of dismissal of this matter with prejudice, and that failure to so respond without good cause for doing so <u>will</u> result in such a recommendation.**

The Clerk is directed to send a copy of this Order to plaintiff and counsel for defendants.

DATED this 9th day of September, 2008.

*[signature]*
Karen L. Strombom
United States Magistrate Judge