# United States District Court

WESTERN DISTRICT OF WASHINGTON

Roddy Horsley

        v.

Washington State

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5434RBL-KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED


1. Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff's request to dismiss this action voluntarily (Dkt #12) hereby is GRANTED.




December 11, 2008                BRUCE RIFKIN
                                                Clerk

                                                Jennie L. Patton
                                                Deputy Clerk